CHAD A. READER
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
ERIC KAUFMAN-COHEN
Assistant Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6647
Facsimile: (415) 436-6632
E-mail: mike.underhill@usdoj.gov
　　　　 eric.kaufman-cohen@usdoj.gov

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-cv-00334-DKW-KSC |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| TUG MALULANI (Vessel ID No. 570062), and its apparel, tackle, and appurtenances, *in rem*; HAWAIIAN TUG & BARGE; and FOSS MARITIME COMPANY, *in personam,* | STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Fed.R.Civ.P. 41(a)(1)(A)(ii) |
| Defendants. | |

Plaintiff United States of America and defendants herein TUG MALULANI in *rem*, HAWAIIAN TUG & BARGE, and FOSS MARITIME COMPANY, *in personam* by and through their counsel of record hereby stipulate to the dismissal of this action in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii), each party to bear their own fees and costs.

January 19, 2018

CHAD A. READLER
Acting Deputy Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office

/s/ Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN
Assistant Attorney in Charge
West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Plaintiff
United States of America

January 19, 2018

KEESEL YOUNG & LOGAN

/s/ David A. Tong
DAVID A. TONG

Attorneys for Defendants
TUG MALULANI; HAWAIIAN BARGE;
and FOSS MARITIME COMPANY

APPROVED AS TO FORM.
  DATED:  January 19, 2018 at Honolulu, Hawai'i.

/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge